JOHN A. KINGSBURY, as Commissioner of Public Charities of the City of New York, on Complaint of MARY KOWINY, Respondent, v. MIKE NERZARKO, Appellant.— Order reversed and proceedings dismissed on the ground that the evidence is insufficient to sustain the order of filiation.

Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.